IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DANIEL BRANDFAST, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:04-cv-551 |
| PRIMERICA FINANCIAL SERVICES, INC., PRIMERICA LIFE INSURANCE, INC., PFS INVESTMENTS, INC., and PRIMERICA FINANCIAL SERVICES HOME MORTGAGES, INC., | ) ) ) ) ) | |
| Defendants | ) | |

### O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendants' motion for judgment on the pleadings [Court File #5] is GRANTED and this action DISMISSED.

**E N T E R :**

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE